[L. A. No. 4704. In Bank.—January 2, 1919.]

MATTHEW BAILEY, Appellant, v. SECURITY TRUST COMPANY (a Corporation), Defendant and Respondent; MATTHEW S. PLATZ, Intervener and Respondent.

ESCROW OF STOCK—CONSTRUCTION OF DOCUMENTS.—The appeal is dismissed on the authority of *Bailey* v. *Security Trust Co., ante,* p. 540.

APPEAL from a judgment of the Superior Court of Kern County, and from an order denying a new trial. J. W. Mahon, Judge. Appeal dismissed.

The facts are fully set forth in the case of *Bailey* v. *Security Trust Co., ante,* p. 540, [177 Pac. 444].

E. L. Foster, Chas. A. Barnhart, George E. Whitaker, Sullivan & Sullivan and Theo. J. Roche, M. C. Lynch, and Leon E. Morris, for Appellant.

J. W. Wiley and Wiley & Lambert, for Defendant and Respondent.

C. E. Arnold, for Intervener and Respondent.

THE COURT.—The facts out of which this appeal arises are fully set forth in the case of *Bailey* v. *Security Trust Co., ante,* p. 540, [177 Pac. 444]. The conclusions arrived at in that case render unnecessary for decision the sole question presented upon this appeal, and for that reason the appeal herein is dismissed.

Rehearing denied.

All the Justices concurred.